# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Markas L. Holland,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:24-cv-00107-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Leslie Cooley Dismukes,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2025 Order.

April 8, 2025

_____
Katherine Hord Simon, Clerk
United States District Court